■ Naor Arbel et al., Respondents, v Turgeon Restaurants of Niagara Falls, Inc., Appellant, et al., Defendants.

Under the circumstances of this case, involving an incident which occurred in a Niagara County restaurant, the convenience of material witnesses and the ends of justice will be promoted by changing the venue of this action from Kings County to Niagara County *(see, Olownia v Toussaint,* 98 AD2d 716; *Burch v Phillips,* 88 AD2d 896; CPLR 510 [3]). Furthermore, in light of the fact that discovery has not been completed and the lack of any specific prejudice to the plaintiffs, we conclude that the appellant acted within a reasonable time after the commencement of the action in requesting the change of venue. Thompson, J. P., Niehoff, Weinstein and Spatt, JJ., concur.